# Exhibit A

FILED
4/21/2022 12:57 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

**AFFIDAVIT OF SERVICE**

| Case: 22-LA-00000128 | Court: IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS | County: LAKE, IL | Job: 6978981 |
|---|---|---|---|
| Plaintiff / Petitioner: Jeannette Williams | | Defendant / Respondent: Penske Truck Leasing Corporation, et al. | |
| Received by: Blue 22, LLC. | | For: Salvi & Maher, LLC | |
| To be served upon: Penske | | | |

Philip Pupillo deposes and says that he/she is either a licensed and/or registered employee/agent of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

Recipient Name / Address: Refused First and Last Name, 3069 Washington St, Waukegan, IL 60085
Manner of Service: Business, Apr 21, 2022, 9:35 am CDT
Documents: Summons and Complaint; Affidavit Regarding Damages Sought

**Additional Comments:**
1) Successful Attempt: Apr 21, 2022, 9:35 am CDT at 3069 Washington St, Waukegan, IL 60085 received by Refused First and Last Name. Age: 20's; Ethnicity: Caucasian; Gender: Female; Weight: Avg; Height: 5'6"; Hair: Brown; Relationship: Service Manager;

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____  04-21-2022
Philip Pupillo                   Date
117-000192

Blue 22, LLC.
141 W. Jackson Blvd Ste. 300
Chicago, IL 60604
847-561-4390

**FILED**
**4/21/2022 12:57 PM**
**ERIN CARTWRIGHT WEINSTEIN**
**Clerk of the Circuit Court**
**Lake County, Illinois**

## AFFIDAVIT OF SERVICE

| Case: 22-LA-0000012B | Court: IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS | County: LAKE, IL | Job: 6978981 |
|---|---|---|---|
| Plaintiff / Petitioner: Jeannette Williams | | Defendant / Respondent: Penske Truck Leasing Corporation, et al. | |
| Received by: Blue 22, LLC. | | For: Salvi & Maher, LLC | |
| To be served upon: Penske Truck Leasing Corporation | | | |

Philip Pupillo deposes and says that he/she is either a licensed and/or registered employee/agent of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

Recipient Name / Address: Refused First and Last Name, 3069 Washington St, Waukegan, IL 60085
Manner of Service: Business, Apr 21, 2022, 9:35 am CDT
Documents: Summons and Complaint; Affidavit Regarding Damages Sought

**Additional Comments:**
1) Successful Attempt: Apr 21, 2022, 9:35 am CDT at 3069 Washington St, Waukegan, IL 60085 received by Refused First and Last Name. Age: 20's; Ethnicity: Caucasian; Gender: Female; Weight: Avg; Height: 5'6"; Hair: Brown; Relationship: Service Manager;

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____  04-21-2022
Philip Pupillo                          Date
117-000192

Blue 22, LLC.
141 W. Jackson Blvd Ste. 300
Chicago, IL 60604
847-561-4390


FILED
4/21/2022 12:57 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

## AFFIDAVIT OF SERVICE

| Case: 22-LA-00000128 | Court: IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS | County: LAKE, IL | Job: 6978981 |
|---|---|---|---|
| Plaintiff / Petitioner: Jeannette Williams | | Defendant / Respondent: Penske Truck Leasing Corporation, et al. | |
| Received by: Blue 22, LLC. | | For: Salvi & Maher, LLC | |
| To be served upon: Penske Truck Rental | | | |

Philip Pupillo deposes and says that he/she is either a licensed and/or registered employee/agent of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

**Recipient Name / Address:** Refused First and Last Name, 3069 Washington St, Waukegan, IL 60085
**Manner of Service:** Business, Apr 21, 2022, 9:35 am CDT
**Documents:** Summons and Complaint; Affidavit Regarding Damages Sought

**Additional Comments:**
1) Successful Attempt: Apr 21, 2022, 9:35 am CDT at 3069 Washington St, Waukegan, IL 60085 received by Refused First and Last Name. Age: 20's; Ethnicity: Caucasian; Gender: Female; Weight: Avg; Height: 5'6"; Hair: Brown; Relationship: Service Manager;

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____  04-21-2022
Philip Pupillo                   Date
117-000192

Blue 22, LLC.
141 W. Jackson Blvd Ste. 300
Chicago, IL 60604
847-561-4390

**FILED**
**4/14/2022 4:03 PM**
**ERIN CARTWRIGHT WEINSTEIN**
**Clerk of the Circuit Court**
**Lake County, Illinois**

STATE OF ILLINOIS )
                     ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| JEANNETTE WILLIAMS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No.: 22LA00000128 |
| | ) | |
| PENSKE TRUCK LEASING COPORATION; PENSKE; PENSKE TRUCK RENTAL | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty-thousand and 00/100ths Dollars ($50,000.00).

By: _____
Attorney for Plaintiff

Prepared by:
Michael E. Maher (ARDC # 6191618)
Salvi & Maher, LLC
325 Washington Street - Suite 302
Waukegan, Illinois 60085
Tel: (847) 662-3303
Fax: (847) 662-3453
Email: michael.maher@salvilegal.com

FILED
4/14/2022 4:03 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

STATE OF ILLINOIS )
                   ) ss
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| JEANNETTE WILLIAMS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>PENSKE TRUCK LEASING COPORATION; )<br>PENSKE; )<br>PENSKE TRUCK RENTAL )<br>)<br>Defendants. ) | No.: 22LA00000128 |

NOTICE
PURSUANT TO LCR - 2-2.14
THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE IN COURTROOM C204 ON 7/28/2022 AT 9:00AM A.M./P.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

COMPLAINT AT LAW
COUNT I
NEGLIGENCE
(Jeannette Williams v. Penske Truck Leasing Corporation)

NOW COMES Jeannette Williams, by and through her attorneys Salvi & Maher, LLC, and complaining of the Defendants Penske Truck Leasing Corporation, Penske, and Penske Truck Rental (hereinafter referred to as "Penske Truck") states as follows:

1. That on and before June 12, 2020, the Defendants, operated, managed, maintained and/or controlled or had a duty to operate, manage, maintain and/or control, both directly and indirectly, individually and through its agents, representatives, servants, volunteers and employees, a certain truck rental business, located at 3069 Washington Street, Waukegan, Illinois.

2. That on and before June 12, 2020, Defendants Penske Truck owned, possessed, operated, managed, maintained, and/or controlled, or had a duty to operate, manage, maintain, and/or control, both directly and indirectly, individually and through its agents, servants, and/or employees, a certain 2016 GMC Savana G33903 moving truck (Unit Number 91600705) (hereinafter referred to as "the truck") at its truck rental outlet located at 3069 Washington Street, Waukegan, Illinois.

3. That on June 12, 2020, Plaintiff Jeannette Williams rented the above-referenced truck from

Page 1

Defendants Penske Truck at its truck rental outlet located at 3069 Washington Street, Waukegan, Illinois and was in lawful possession of the above-referenced truck.

4. That on June 12, 2020, Defendants Penske Truck carelessly and negligently caused and/or permitted the truck to become and remain in a dangerous condition for persons using it, although Defendants Penske Truck knew, or in the exercise of ordinary and reasonable care should have known, of said condition.

5. That on June 12, 2020, Plaintiff Jeannette Williams was injured when the section rollup door malfunctioned causing her injuries.

6. That at all relevant times, Defendants Penske Truck owed a duty of reasonable care to Plaintiff Jeannette Williams regarding its activities and the condition of the truck.

7. That on June 12, 2020, Defendants Penske Truck, by and through its agents, servants, and/or employees breached the aforesaid duty and was guilty of one or more of the following careless and negligent acts and/or omissions:

   a. Improperly maintained the rear section rollup door including its rollers, tracks, springs, cables and hinges;
   b. Improperly inspected the rear section rollup door including its rollers, tracks, springs, cables and hinges;
   c. Improperly repaired the rear section rollup door including its rollers, tracks, springs, cables and hinges;
   d. Failed to properly lubricate the rollers, tracks, springs, and hinges of the section rollup door;
   e. Failed to replace damaged portion of the door's physical structure;
   f. Failed to properly warn its customers, including the Plaintiff Jeannette Williams, of the dangerous condition of the rear section rollup door.

8. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of Defendants Penske Truck, Plaintiff Jeannette Williams then and there fell and sustained severe and permanent injuries, both externally and internally, suffered pain, disability, and the loss of a normal life; was permanently scarred and disfigured; has and will become obligated for large sums of money for medical care and sustained lost income and will in the future sustain lost income that would otherwise have been earned.

WHEREFORE, Plaintiff Jeannette Williams demands judgment against Defendants Penske Truck Leasing Corporation, Penske, Penske Truck Rental in an amount in excess of the jurisdictional limits of the Law Division of the Circuit Court of Lake County.

*Michael E. Maher*

Michael E. Maher, Attorney for Plaintiff

Michael E. Maher (ARDC# 6191618)
Salvi & Maher, LLC
325 Washington Street – Suite 302
Waukegan, Illinois 60085
Tel: (847) 662-3303
Fax: (847) 662-3453
Email: michael.maher@salvilegal.com